IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZEARLINE FREENY, | ) |
| | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | )   Civil Action No. 3:11-cv-02270-G |
| TRANSWORLD SYSTEMS, INC. | ) |
| | ) |
| *Defendant*. | ) |
| | ) |

## NOTICE OF PENDING SETTLEMENT

Defendant, Transworld Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/ Jessica A. Hawkins
Jessica A. Hawkins
State Bar No. 24068029
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055

Attorney for Defendant,
Transworld Systems, Inc.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 28th day of October, 2011, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

       G. Brad Riffe
       The Riffe Law Firm PLLC
       2591 Dallas Parkway, Suite 300
       Frisco, TX 75034
       214-281-8909
       Fax: 214-432-2296
       Email: briffe@riffelawfirm.com

       /s/ Jessica Hawkins
       Jessica Hawkins

\\sfnfs02\prolawdocs\9266\9266-28242\Freeny, Zearline\589158.doc