IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZEARLINE FREENY,  | § | |
|  | § | CIVIL ACTION NO. 3:11-cv-02270-G |
| **Plaintiff** | § | |
|  | § | |
|  | § | |
| V. | § | |
|  | § | |
| TRANSWORLD SYSTEMS INC. | § | |
|  | § | |
| **Defendant** | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff Zearline Freeny files this Motion to Dismiss With Prejudice as to Defendant Transworld Systems Inc. in the above styled cause of action.

Plaintiff hereby dismisses with prejudice all of her claims and causes of action asserted or which could have been asserted against Defendant Transworld Systems Inc.  Plaintiff no longer wishes to prosecute her causes of action against Defendant because all of the controversies between Plaintiff and Defendant have been fully resolved by way of settlement.

WHEREFORE PREMISES CONSIDERED, Plaintiff hereby requests that the Court enter the attached order dismissing all of the causes of action asserted against Defendant with prejudice as to the refiling of same, with each party paying their own costs.

Respectfully submitted,

THE RIFFE LAW FIRM, P.L.L.C.

/s/ G. Brad Riffe
G. BRAD RIFFE
State Bar # 24062265
2591 Dallas Parkway, Ste. 300
Frisco, TX 75034
Phone: 214-281-8909
Fax: 888-370-3148
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2011, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Defendant's counsel as described below. Parties may access this filing through the Court's system.

Jessica A. Hawkins, Esq.
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202

/s/ G. Brad Riffe
G. BRAD RIFFE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ZEARLINE FREENY,** | § | |
| **Plaintiff** | § | **CIVIL ACTION NO. 3:11-cv-02270-G** |
| | § | |
| V. | § | |
| | § | |
| **TRANSWORLD SYSTEMS INC.** | § | |
| **Defendant** | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

This case comes before the Court on Plaintiff's Motion to Dismiss With Prejudice. The Court, having reviewed the pleadings, is of the opinion that the motion has merit and should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that all of Plaintiff's causes of action against Defendant Transworld Systems Inc. are hereby dismissed with prejudice as to the refiling of same. Each party shall bear their own attorney's fees, expenses, and court costs. All relief not specifically granted herein is denied.

Signed this _____ day of _____ 2011.

_____
JUDGE PRESIDING