UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ZEARLINE FREENY,  )<br>  )<br>       Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>TRANSWORLD SYSTEMS INC.,  )<br>  )<br>       Defendant.  ) | CIVIL ACTION NO.<br><br>3:11-CV-2270-G |

## DISMISSAL ORDER

Plaintiff's motion to dismiss (docket entry 11) is **GRANTED**.  Therefore, plaintiff's causes of action against defendant are hereby **DISMISSED** with prejudice as to the refiling of same.  Each party shall bear their own attorney's fees, expenses, and court costs.  All relief not specifically granted herein is **DENIED**.

   **SO ORDERED**.

November 16, 2011.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**